# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PATRICIA STONE**                                                      **PLAINTIFF**

**VS.**                       **4:16-CV-0083-BRW-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition filed by Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 8th day of February, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE